UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ALI QASEM SALEH ASAAD, | ) | Case No.: 10-CV-05537-LHK |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER DISMISSING CASE FOR |
| ERIC HOLDER, JANET NAPOLITANO, TIMOTHY AITKEN, | ) ) | FAILURE TO PROSECUTE |
| Respondents. | ) ) ) | |

On July 18, 2011, the Court ordered the Petitioner herein to show cause why this case should not be dismissed for failure to prosecute for reasons set forth in the Order. The deadline for responding to the Order to Show Cause was seven days from July 18, 2011, or July 25, 2011. As of today, July 26, 2011, Petitioner has not responded to the Order. Accordingly, the Court DISMISSES this action without prejudice for failure to prosecute. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 26, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05537-LHK
ORDER TO SHOW CAUSE